UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                    Miscellaneous Case No. 10-mc-37-PB

Randy L. Barton

O R D E R

I herewith approve the [7] Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 25, 2010, no objection having been filed.

It is hereby ordered that the taxpayer, Randy L. Barton, obey the summons and that he appear on October 10, 2010, at 3:00 p.m., at 1000 Elm Street, Suite 900, Manchester, New Hampshire, before Scott Davidson (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of January 5, 2010.

It is further ordered that the government be awarded its costs.

SO ORDERED.

September 16, 2010                            /s/ Paul Barbadoro
                                                   Paul Barbadoro
                                                   United States District Judge

cc:    Michael  T. McCormack, ASUA
        Randy L. Barton, pro se